UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS H. ROBINSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-10278 |
| | ) | |
| SPENCER STUART, INC. and | ) | |
| JOSEPH H. BOCCUZI, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

**NOW COME** the Parties in the above-captioned matter and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims, cross-claims or counterclaims, which were or could have been brought in this action are dismissed with prejudice, without interest and costs, and with all rights of appeal waived.

    Respectfully submitted,
    **THOMAS H. ROBINSON**
    By his attorneys,

    /s/ Gregory J. Aceto
    Gregory J. Aceto (BBO# 558556)
    aceto@abplawyers.com
    Michael B. Cole (BBO# 679596)
    mcole@abplawyers.com
    **ACETO, BONNER & PRAGER, P.C.**
    One Liberty Square, Suite 410
    Boston, MA 02109
    Tel: (617) 728-0888
    Fax: (617) 338-1923

**AND:**

**SPENCER STUART, INC. and JOSEPH H. BOCCUZI,**
By their attorneys,


 /s/ Thomas L. Kirsch
Thomas L. Kirsch (pro hac vice)
tkirsch@winston.com
Joseph L. Motto (pro hac vice)
jmotto@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Matthew J. Zamaloff
mzamaloff@cetllp.com
Bryan M. Abramoske
babramoske@cetllp.com
CETRULO LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5226
Fax: (617) 217-5200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone not able to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Gregory J. Aceto
Gregory J. Aceto (BBO No. 558556)
aceto@abplawyers.com
**ACETO, BONNER & PRAGER, P.C.**
One Liberty Square, Suite 410
Boston, MA 02109
(617) 728-0888